UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID S. BROWER,<br><br>      Plaintiff,<br><br> v.<br><br>DANIELLE T.T. QUATCH,<br><br>      Defendants. | CASE NO. **2:25-cv-00687-JHC**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

 Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C. § 1915(a)(1). Plaintiff is advised this case is assigned to a United States District Judge who will review the case under 28 U.S.C. § 1915(e)(2)(b), and that pending review by the assigned District Judge, a summons may not be issued, and further filings submitted by Plaintiff may not be considered until after the assigned District Judge completes their review under 28 U.S.C. § 1915(e)(2)(b).

 The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

 DATED this 17th day of April, 2025.

                     _____
                     BRIAN A. TSUCHIDA
                     United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1